# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
*Dallas Division*

1st UNITED TELECOM, INC.

Plaintiff

v.

MCI COMMUNICATIONS SERVICES, INC.

Defendant

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

MCI COMMUNICATIONS SERVICES, INC.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

MCI Communications Services, Inc., MCI Broadband Solutions, Inc., Verizon Business Network Services Inc., MCI Communications Corporation, Verizon Business Global LLC, Verizon Communications Inc.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

MCI Communications Services, Inc., MCI Broadband Solutions, Inc., Verizon Business Network Services Inc., MCI Communications Corporation, Verizon Business Global LLC, Verizon Communications Inc., 1st United Telecom, Inc.

| | |
|---|---|
| Date: | Nov 5, 2010 |
| Signature: | /s/ Julie Parsley |
| Print Name: | Julie C. Parsley |
| Bar Number: | 15544920 |
| Address: | 98 San Jacinto Blvd., Suite 1450 |
| City, State, Zip: | Austin, Texas 78701 |
| Telephone: | 512-879-0900 |
| Fax: | 512-879-0912 |
| E-Mail: | julie.parsley@pcrllp.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons