UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| 1st UNITED TELECOM, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 3:10-CV-02255-B |
| MCI COMMUNICATIONS SERVICES, INC., d/b/a VERIZON BUSINESS NETWORK SERVICES, | § § § § § | |
| Defendant. | § § | |

### MOTION TO COMPEL AND REQUEST FOR SANCTIONS

TO THE HONORABLE JUDGE JANE BOYLE:

NOW INTO COURT through undersigned counsel comes Defendant MCI Communication Services, Inc., d/b/a Version Business Network Services, and, for the reasons set forth in the accompanying memorandum, moves to compel Plaintiff 1st United Telecom, Inc., to provide the discovery requested in Exhibit A to the accompanying memorandum. In addition, Verizon Business respectfully requests that this Court impose sanctions, to include the costs of bringing this motion, on Plaintiff, due to Plaintiff's failure to comply with its discovery obligations.

WHEREFORE, Defendant prays that this Court find its motion is filed for good cause and issues an Order granting same.

Respectfully submitted,

           s/ Stan Broome

| | |
|---|---|
| Scott H. Angstreich (*pro has vice*) | Stanley D. Broome |
| D.C. Bar No.: 498539 | Texas SBN: 24029457 |
| Michael J. Fischer (*pro hac vice*) | Louisiana SBN: 24979 |
| D.C. Bar No.: 417085 | BROOME LAW FIRM, PLLC |
| KELLOGG, HUBER, HANSEN, TODD, | 105 Decker Court, Suite 850 |
|   EVANS & FIGEL, P.L.L.C. | Irving, Texas  75062 |
| 1615 M Street, N.W., Suite 400 | (214) 574-7500 (office) |
| Washington, D.C. 20036 | (214) 574-7501 (fax) |
| (202) 326-7900 | |
| (202) 326-7999 (fax) | |
| mfischer@khhte.com | |

September 30, 2011