# Leo A. Wrobel

**From:** "Leo A. Wrobel" <leo@tlc-labs.com>
**To:** "Stan Broome" <sbroome@broomelegal.com>
**Sent:** Tuesday, January 03, 2012 9:35 PM
**Attach:** E104.pdf
**Subject:** Subpoena to Leo A. Wrobel

Dear Mr. Broom,

We are in receipt of your subpoena this evening. Please note my company is no longer in the employ of 1st United Telephone. Feel free to contact me directly tomorrow if you wish to discuss the attached estimate, otherwise please OK, sign and return to the fax number below. I think you should find it in order as it's right along the lines of what we have done for other law firms. I look forward to working with you.

Leo A. Wrobel
Principal
TelLAWCom Labs Inc.
http://www.tlc-labs.com
(214) 888-1300   Office
(214) CALL-LEO   Mobile
(888) 775-1520   Fax

## TelLAWCom Labs Inc.
100 Ovilla Oaks Drive, Suite 200
Ovilla, TEXAS 75154
(214) 888-1300
sharon@tlc-labs.com



Number: E104
Date: 1/3/2012

Bill To:
Stan Broome
Broome Law Firm
1155 W. Wall
Suite 102
Grapevine, TX, 76051

Ship To:

| PO Number | Terms | Sales Rep | Sales Territory | Ship Via | Code |
|---|---|---|---|---|---|
| 3:10-CB-02255-B | Net 15 | LAW | TX | | |

| Description | Amount |
|---|---|
| 01/04 - 01/30/2012 Document preparation, archive retrieval, review, sorting est 8 hrs @ $300 | $2,400.00 |
| 01/31/2012 Deposition est 4 hrs. @ $350 | $1,400.00 |
| 01/03/2012 Check 5588 received with subpoena, thank you. | ($85.98) |

This is not an invoice it is only an estimate for your approval.

This summary represents our best estimation of charges for the data files and deposition required by your firm. Please note we are no longer in the employ of 1st United Telephone but stand ready to help your firm subject to your approval of this estimate. This estimate is based on standard charges for similar services provided to other law firms. Charges may be higher due to the voluminous nature of the documents (multiple companies) requested. We will discuss with you before exceeding this estimate amount or upon your request.

Please direct questions to (214) 888-1300. We will need your "OK" and signature on this estimate before commensing work. For your convenience you may fax it back to our new fax number, (888) 775-1520. Thank you, we look forward to working with you.

| | SubTotal | $3,714.02 |
|---|---|---|
| | 0.00% on $0.00 | $0.00 |
| | 0.00% on $0.00 | $0.00 |
| Total | | $3,714.02 |